Entered on Docket December 27, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

**The Debtor shall cause a copy of this Order to be mailed to the Department of Health.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | | |
|---|---|---|
| **Re:** | ) | |
| | ) | **In Chapter 7 Proceeding** |
| **Kenya Joseph** | ) | **No. 17-40046BDL** |
| | ) | |
| | ) | **Ex Parte ORDER** |
| **Debtor** | ) | **REOPENING CASE** |
| | ) | **TO ADD CREDITOR** |
| | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that the court shall reopen the Debtor's case to allow Department of Health to be added as a creditor. The case may reclose in 20 days from the date of this order.

///End of Order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown
Attorney at Law

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200